Lillian D. Roth, administratrix of the estate of John Walter Roth, deceased, plaintiff in error, v. Ralph Cudney, defendant in error. Gen. No. 25,359.

Action to recover for death of person crushed between automobile and wall of shed. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920. Rehearing denied July 28, 1920.

Kremer & Greenfield and Bates, Hicks & Folonie, for plaintiff in error. C. E. Heckler, for defendant in error; Hayes McKinney, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Grace A. Moon, appellee, v. Hugh F. Coyle, appellant. Gen. No. 25,376.

Action for damages to automobile by collision with another. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920.

Bowles & Bowles, for appellant. Burt A. Crowe, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

W. F. Dougherty, appellant, v. E. E. Lloyd Paper Company, appellee. Gen. No. 25,475.

Action to recover bonus and salary earned as salesman. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920.

Samuel H. Gilbert, for appellant. Edmund S. Cummings for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Lena L. Beyerlein, appellee, v. Kraus Brothers Loewy Company, appellant. Gen. No. 25,328.

Action to recover rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920.

Max Krauss, for appellant; Ignatz Spitz, of counsel. Cavender & Kaiser and Louis T. Orr, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

J. Greenebaum Tanning Company, appellant, v. Crohon & Roden Company, Ltd., appellee. Gen. No. 25,344.

Assumpsit to recover damages resulting from failure to deliver hides. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920.

William K. Pattison, for appellant; Douglas C. Gregg, of counsel. Barry & Crowley, for appellee; Rupert Barry, of counsel.

Mr. Justice Gridley delivered the opinion of the court.